FILED

2026 Apr-02  AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

**RODNEY O. HANNA,**

    **Plaintiff,**

**v.**

**FOX,** *et al.*,

    **Defendants.**

**Case No. 1:25-cv-1988-HDM-GMB**

## ORDER

Plaintiff Rodney O. Hanna, proceeding *pro se*, commenced this action on November 17, 2025. (Doc. 1). Hanna alleges violations of his Eighth and Fourteenth Amendment rights by four defendants: Correctional Officer Tyler Andrews, Warden Fox, Lieutenant Gasden, and Correctional Officer Croone. *Id.* at 2–3. On February 12, 2026, the magistrate judge ordered Hanna to file an amended complaint on or before February 26, 2026, to cure deficiencies in his allegations against Warden Fox, Lieutenant Gasden, and Officer Croone. (Doc. 7 at 1–3). Hanna neither amended his complaint pursuant to this order nor sought an extension of time to do so, and he has taken no action in this case since returning his Prisoner Consent Form on February 10, 2026. (Doc. 6).

On March 16, 2026, the magistrate judge entered a report recommending that all of Hanna's claims against Warden Fox, Lieutenant Gasden, and Officer Croone

be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute. (Doc. 9 at 2). The report further recommends that Hanna's claim against Officer Andrews be referred back to the magistrate judge for further proceedings. *Id.* Hanna had until March 30, 2026, to file an objection to the report, *id.*, but he did not do so.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **DISMISSES** all of Hanna's claims against Warden Fox, Lieutenant Gasden, and Officer Croone **WITHOUT PREJUDICE** pursuant to Rule 41(b) for failure to prosecute and **REFERS** the remaining claim against Officer Andrews to the magistrate judge for further proceedings.

**DONE** and **ORDERED** on April 2, 2026.

**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE

2